**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

|  |  |
|---|---|
| PAUL NESBIT, *et al.*, | ) |
| *Plaintiff*, | ) |
| v. | ) Civil Action No. 1:20-cv-01217-CNH-IDD |
| MARTIN ARASE, *et al.*, | ) |
| *Defendant*. | ) |

**PLAINTIFF'S EXHIBIT LIST**

Pursuant to Federal Rule of Civil Procedure 26(a)(3) and the scheduling order in this case, Plaintiffs Paul Nesbit and Barry Wells submits Plaintiffs' Exhibit List.  This list presents the exhibits that Plaintiffs either intend to use at trial or, as circumstances warrant, may determine to use at trial.  Plaintiffs reserve the right to amend this list upon review of Defendant's exhibit list as necessary and consistent with the Federal Rules of Civil Procedure and local rules of this Court. Plaintiff further reserves the right to use at trial any documents not identified on this list for purposes of impeachment or rebuttal.

Plaintiff expects to offer the following exhibits:

| Exhibit # | Date | Item Description | Bates |
|---|---|---|---|
| 1 | 2017/4/19 | ESS Management Plan by Ray King. | NW 73-108 |
| 2 | 2017/8/1 | Cure Notice to ESS from AECOM re Ammunition Supply Point K | NW 389-390 |
| 3 | 2018/2/21 | Email b/t M. Arase and King re ESS fact sheet\ | ESS 47-55 |
| 4 | 2018/2/22 | Email b/t King and M. Arase re lead being dead | ESS 44-46 |
| 5 | 2018/2/23 | Emails b/t Ray King and CSRA | ESS 36-39 |
| 6 | 2018/3/1 | Emails re ESS brief | ESS 25-35 |

|   |   | - |   |
|---|---|---|---|
| 7 | 2018/3/18 | M. Arase and P. Nesbit emails concerning P. Nesbit's hiring | NW 1-3 |
| 8 | 2018/3/19 | M. Arase considers a bonus structure for ESS | NW 4-7 |
| 9 | 2018/3/21 | M. Arase asked to review P. Nesbit's offer letter | ESS 2130-2134 |
| 10 | 2018/3/21 | M. Arase email Michelle Kammerer re offer to P. Nesbit to be COO w job description | ESS 259-263 |
| 11 | 2018/3/23 | M. Arase introduces L.A. Wolcott Wolcott of TCG in contracts | NW 8 |
| 12 | 2018/3/25 | Email b/t R. King and M. Arase about UPH contract | ESS 257-258 |
| 13 | 2018/3/26 | R. King sends P. Nesbit ESS corporate introduction, detailed overview, brief | NW 12 |
| 14 | 2018/3/26 | M. Arase sends P. Nesbit a listing of capabilities | ESS 57-92 |
| 15 | 2018/3/25 | Ray asks M. Arase if ESS EDWOSB | ESS 2123 |
| 16 | 2018/3/30 | Ray King sends templates | NW 13 |
| 17 | 2018/4/4 | Crystal Gugelmeyer tells M. Arase P. Nesbit wants to discuss pricing strategy | ESS 161-256 |
| 18 | 2018/4/6 | Michelle Kammerer sent 401k from TCG and ESS benefits plan | NW 10-11 |
| 19 | 2018/4/17 | M. Arase says disadvantaged designation applies | ESS 56 |
| 20 | 2018/4/17 | Email from P. Nesbit saying he added SDB to technical capability | ESS 1196 |
| 21 | 2018/4/18 | Volume I RFQ docs US Army Mission and Installation Contractive Command | NW 210-247 |
| 22 | 2018/4/19 | M. Allen send M. Arase UPH solicitation response | ESS 105-160 |
| 23 | 2018/4/23 | Emails b/t P. Nesbit and M. Allen about updating SAM to be a Small Disadvantaged Business | ESS 1138 |
| 24 | 2018/4/24 | M. Allen email telling P. Nesbit that SAM has been updated to show they are a SDB | ESS 460 |
| 25 | 2018/5/7 | Volume I RFQ docs US Army Mission and Installation Contractive Command – Unaccompanied Personnel Housing Furniture Services. | NW 130-209 |
| 26 | 2018/5/7 | Emails re total revenue of ESS | ESS 2113-15 |

2

| 27 | 2018/5/10 | Purchase orders re ESS relationship to TCG | ESS 2105-2112 |
|---|---|---|---|
| 28 | 2018/5/18 | M. Allen send P. Nesbit and Ray response to Sources Sought for DPTMS Support Services US Army Mission and Installation Command Center | ESS 93-104 |
| 29 | 2018/5/20 | COO Net Assessment 45D | NW 127-129 |
| 30 | 2018/5/29 | Presentation re state of union of ESS. | NW 108-126 |
| 31 | 2018/6/9 | M. Allen, Ray, Bob notified of their terminations | ESS 2093 |
| 32 | 2018/6/11 | M. Arase approves raise for P. Nesbit | ESS 2087-88 |
| 33 | 2018/6/26 | M. Arase approves B. Wells's hiring | ESS 2086 |
| 34 | 2018/6/28 | L.A. Wolcott sends questions re SAM and WOSB | ESS 2036-48 |
| 35 | 2018/6/29 | Email re B. Wells's hiring | NW 845-846 |
| 36 | 2018/7/2 | Tiffany Contee emails M. Arase | ESS 2057-58 |
| 37 | 2018/7/6 | Email chain in which L. Garcia re 401k merged | NW 869-872 |
| 38 | 2018/7/30 | Emails re contract loss on UPH Furniture | ESS 2209 |
| 39 | 2018/8/13 | Sources Sought Response for Seymour Johnson AFB | NW 249-252 |
| 40 | 2018/8/22 | Request for Information Response Edwards AFB | NW 253-256 |
| 41 | 2018/8/28 | Request for Quotation Response USDA Research Triangle | NW 257-272 |
| 42 | 2018/8/28 | Email from L. Garcia to M. Arase and R. Perkins | NW 267-289 |
| 43 | 2018/8/29 | P. Nesbit sends response to sources sought re USAF Command Surgeon General calling ESS WOSB | ESS 433-438 |
| 44 | 2018/8/31 | Sources Sought Response to VA | NW 332-337 |
| 45 | 2018/8/31 | Technical response from L. Garcia to M. Arase | ESS 1-21 |
| 46 | 2018/9/6 | RFQ Property Control Activity Logisitcal Support, 20th Chemical, Biological, (CBRNE) Command | NW 273-331 |
| 47 | 2018/9/13 | Email from L. Garcia to M. Arase | ESS 2082-84 |

| 48 | 2018/9/21 | Email to M. Arase re expense approval | ESS 2078-81 |
|---|---|---|---|
| 49 | 2018/9/28 | Proposal to Grand Forks AFB | NW 332-349 |
| 50 | 2018/11/26 | P. Nesbit emails L. Garcia and says will address affiliation concerns | ESS 448-452 |
| 51 | 2018/11/28 | P. Nesbit emails slide deck for quarterly review | ESS 707-735 |
| 52 | 2018/12/19 | Contract for award Seaport NxG solicitation, Mentions requirement for certification of size | ESS 376-430 |
| 53 | 2018/12/18 | P. Nesbit emails status and pipeline<br>• Says no prior pipeline<br>• Says should basically take any contract | ESS 701-702 |
| 54 | 2018/12/21 | P. Nesbit emails about 12/13 meeting | ESS 2937-41 |
| 55 | 2019/1/19 | Email re POM MOTCO | ESS 630-682 |
| 56 | 2019/1/30 | L.A. Wolcott submits representations including checklist to AECOM saying WOSB | ESS 1902-1911 |
| 57 | 2019/2/15 | P. Nesbit and R. Perkins email about infrastructure problems | NW 881-884 |
| 58 | 2019/2/22 | M. Arase email re change P. Nesbit's title to President, B. Wells to COO, Susan to CEO | ESS 2136-2142 |
| 59 | 2019/2/22 | M. Arase re him continue signing tax docs, time sheets, acct continues reporting to him | ESS 2135 |
| 60 | 2019/2/23 | Email in which M. Arase discusses 20 step plan | ESS 1393-94 |
| 61 | 2019/3/9 | L.A. Wolcott email re M. Arase SAM information | ESS 2049-2050 |
| 62 | 2019/3/14 | L.A. Wolcott sends cheat sheet of corporate personnel. | ESSS 2073-77 |
| 63 | 2019/4/1 | L. Garcia email re M. Arase if P. Nesbit can sign contracts | ESS 2190-91 |
| 64 | 2019/4/7 | P. Nesbit provides Request for Information to EAGLE BOA army business team | ESS 591-599 |
| 65 | 2019/6/6 | Data Call Response for USMC Marine Corps Logistics Command | NW 413-420 |
| 66 | 2019/6/11 | Email re renewing EAGLE BOA | ESS 523-528 |
| 67 | 2019/6/12 | P. Nesbit email re prep materials for meeting in Fairfax email | ESS 2921-22 |

| 68 | 2019/6/15 | L. Garcia update to L.A. Wolcott | ESS 2174-88 |
|---|---|---|---|
| 69 | 2019/6/28 | M. Arase email re approval for P. Nesbit's approval for travel authorization | ESS 2645-46 |
| 70 | 2019/7/11 | P. Nesbit email to M. Arase and R. Perkins re ESS turnaround and risk | ESS 2944-46 |
| 71 | 2019/7/12 | P. Nesbit update re company and risk | ESS 439-442 |
| 72 | 2019/7/12 | Nesbit emails M. Arase and R. Perkins re Pillsbury and risks | NW 15-16 |
| 73 | 2019/7/12 | P. Nesbit emails M. Arase and R. Perkins and says expect AECOM Fort Polk expansion | ESS 498-500 |
| 74 | 2019/7/18 | Nesbit email re risks and misrepresentation | NW 17-19 |
| 75 | 2019/7/19 | P. Nesbit sends email w update on firm | ESS 351-354 |
| 76 | 2019/7/23 | P. Nesbit emails re needing to reduce risk and steps taken to fix firm | ESS 2948-49 |
| 77 | 2019/7/24 | P. Nesbit sends M. Arase list of problems re IT and HR | ESS- 349-350 |
| 78 | 2019/7/25 | P. Nesbit sends M. Arase plan re potential business w Toll Group who selected them to develop business | ESS 2172-73 |
| 79 | 2019/7/30 | Email from P. Nesbit to M. Arase and R. Perkins about WOSB | NW 886-887 |
| 80 | 2019/7/30 | Email from P. Nesbit to M. Arase and R. Perkins saying need to split firms | ESS 471-475 |
| 81 | 2019/8/4 | P. Nesbit email to AECOM contact and explains turnaround, solicits more business at Fort Polk | ESS 466-470 |
| 82 | 2019/8/6 | P. Nesbit asks that leadership confirm that ESS is a WOSB and a SDB | ESS 1303 |
| 83 | 2019/8/13 | P. Nesbit sent L.A. Wolcott email about a formal WOSB certification process, she says not sure it provides advantage, P. Nesbit thinks EDWOSB does | ESS 2927-32 |
| 84 | 2019/8/21 | Nesbit emails Stephan Ellis about IT connections and risks | NW 20-21 |
| 85 | 2019/9/6 | P. Nesbit says he forwarded email to SAM to M. Arase as he requested | ESS 2166- |
| 86 | 2019/9/9 | Emails from Tiffany Contee about a required self-inspection for DSS / DSCA , M. Arase said need time to think about it | ESS 2228-35 |

5

| 87 | 2019/9/12 | J. Lexo email re helping 8as as they transition by selling to ANCs | ESS 2983-84 |
| --- | --- | --- | --- |
| 88 | 2019/9/16 | P. Nesbit email w J. Lexo noting they had a convo and he'll speak w owner | ESS 2975-78 |
| 89 | 2019/9/16 | Nesbit email to M. Arase and R. Perkins and says risks and mentions possible sale | NW 22-23 |
| 90 | 2019/9/18 | M. Arase asks L.A. Wolcott to do SAM certification | ESS 2161-2162 |
| 91 | 2019/9/18 | M. Arase email to P. Nesbit and R. Perkins we are certified with SBA and SAM | ESS 2779 |
| 92 | 2019/9/19 | Memo from Nesbit to Arases and Perkins w FAR cites, including mention of FCA | NW 24-29 |
| 93 | 2019/9/21 | Email from P. Nesbit mentioning meeting w NTVI and teamsters success | ESS 338-339 |
| 94 | 2019/9/24 | ESS financial summary for NTVI | ESS 2908-17 |
| 95 | 2019/9/26 | Says NTVI needs financial statements and pipeline and mentions that they would hire P. Nesbit and B. Wells | NW 32-34 |
| 96 | 2019/9/26 | M. Arase confirms Susan CEO and other titles for Tiffany Contee for DCSA KMP | ESS 2210-2212 |
| 97 | 2019/9/28 | P. Nesbit sends R. Perkins info re costs to separate ESS and TCG | ESS 2886-88 |
| 98 | 2019/9/30 | P. Nesbit sends L.A. Wolcott 9/19 report | ESS 2154-2160 |
| 99 | 2019/10/2 | P. Nesbit sends email re WOSB issues and potential sale | ESS 315-316 |
| 100 | 2019/10/3 | P. Nesbit to M. Arase copying B. Wells and R. Perkins. | ESS 298-303 |
| 101 | 2019/10/3 | B. Wells email re risks and misrepresentation | ESS 291-297 |
| 102 | 2019/10/4 | P. Nesbit sends pipeline | ESS 2868-70 |
| 103 | 2019/10/4 | Nesbit asks that they expedite sale to NTVI before USMC CSP Gryphon Technology effort | ESS 2873 |
| 104 | 2019/10/18 | Email from P. Nesbit to M. Arase about changing pricing | ESS 2765-66 |
| 105 | 2019/10/21 | P. Nesbit email to M. Arase, R. Perkins, and B. Wells about USAF Battlefield Airman logistics RFP | NW 48-51 |
| 106 | 2019/10/21 | P. Nesbit email to J. Lexo re strengths of ESS | ESS 2849-53 |
| 107 | 2019/10/24 | Letter from Lexo at NTVI proposal to purchase ESS. | NW 73-75 |

| | | | |
|---|---|---|---|
| 108 | 2019/10/31 | P. Nesbit email saying M. Arase terminated on 10/30 | NW 52 |
| 109 | 2019/10/31 | J. Lexo says talked w M. Arase who said not shutting down ESS | ESS 2722 |
| 110 | 2020/11/26 | Records showing ESS registered as a WOSB | NW 443-457 |

Plaintiff may use the following exhibits if the need arises:

| Exhibit # | Date | Item Description | Bates |
|---|---|---|---|
| 111 | | Deposition transcript of L.A. Wolcott | |
| 112 | | Deposition transcript of R. Perkins | |
| 113 | | Deposition transcript of 30(b)(6) deposition of The Columbia Group | |
| 114 | | Deposition transcript of 30(b)(6) deposition of Eagle Systems & Services | |
| 115 | | Deposition transcript of Martin Arase | |

Dated: April 15, 2021                       RESPECTFULLY SUBMITTED,

By: _/s/Jack Jarrett_____
Jack Jarrett (VSB #86176)
Alan Lescht and Associates, PC
1825 K St., NW, Ste. 750
Washington, D.C. 20006
202-463-6036
202-463-6067 (fax)
jack.jarrett@leschtlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2021 I filed the foregoing with the Court's CM/ECF system, which will automatically serve a copy on counsel of record in this matter.

Respectfully Submitted,

/s/
_____

7

Jack Jarrett (VSB #86176)

8