**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| PAUL NESBIT, *et al.*, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) Civil Action No. 1:20-cv-01217-CNH-IDD |
| | ) |
| MARTIN ARASE, *et al.*, | ) |
| | ) |
| *Defendant*. | ) |
| | ) |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

The parties, by and through their respective counsel of record, and pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., hereby stipulate and agree that the above-captioned action shall be, and hereby is, dismissed with prejudice, with the parties to bear their own respective fees and costs incurred herein.

It is so ORDERED this _____ day of _____, 2021.

_____
Claude M. Hilton, U.S. District Judge
U.S. District Court for the
Eastern District of Virginia

WE HEREBY STIPULATE AND AGREE
TO THE FOREGOING, AND ASK FOR THIS:

PAUL NESBIT AND BARRY WELLS

By:   /s/ Jack Jarrett_____
      Jack Jarrett (VSB 86176)
      Alan Lescht and Associates
      1825 K St., N.W., Suite 750
      Washington, DC 20006
      (202) 463-6036 (phone)
      (202) 463-6067 (fax)
      jack.jarrett@leschtlaw.com

      *Counsel for Plaintiffs*

      THE COLUMBIA GROUP, INC. AND EAGLE
      SYSTEMS AND SERVICES, INC.

By:   /s/ James C. Fontana_____
      James C. Fontana, VSB No. 26788
      L. James D'Agostino, VSB No. 18434
      FONTANA LAW GROUP, PLLC
      1750 Tysons Blvd., Suite 1500
      McLean, VA 22102
      703-936-8636 (Office)
      703-936-8637 (Direct)
      571-899-5200 (Fax)
      jfontana@fontanalawgroup.com
      jdagostino@fontanalawgroup.com

      David R. Warner, Esq. (VSB 75912)
      Heather B. Mims, Esq. (VSB 89416)
      Centre Law & Consulting, LLC
      8330 Boone Boulevard, Suite 300
      Tysons Corner, VA 22182
      Tel. (703) 288-2800
      Fax (703) 288-4868
      dwarner@centrelawgroup.com
      hmims@centrelawgroup.com

      *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2021, I served the foregoing document by filing it

with the Court's CM/ECF system which will automatically serve counsel of record in this matter.


Respectfully Submitted,
/s/ Jack Jarrett
Jack Jarrett (VSB #86176)